UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

           Plaintiff,

-against-

ONLY HEARTS, LTD. et al,

           Defendants.

Case No. 1:24-cv-03014 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 22, 2024, the Court instructed the parties to meet and confer in a good-faith attempt to settle this action, and to submit a joint letter to the Court indicating whether the parties had reached settlement, or, if not, whether they would like to (1) refer the case to mediation or a magistrate judge for a settlement conference, or (2) proceed with an initial status conference.  Dkt. 7.  On September 26, 2024 and October 28, 2024, Defendants requested an extension of their deadline to file a responsive pleading because the parties were engaged in settlement discussions.  Dkts. 37, 39.

To date, the Court has not received a joint letter from the parties regarding the status of settlement discussions and/or proposed next steps.  As a courtesy, the parties shall have until December 4, 2024, to file a joint letter with the Court consistent with the Court's April 22, 2024 Order.

Dated: November 27, 2024
       New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge