**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,                                        CASE NO: 1:24-cv-03014-JLR

     Plaintiff,

vs.

ONLY HEARTS, LTD., a New York
corporation, d/b/a ONLY HEARTS, and
JONATHAN STUART, an individual,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiff, NAMEL NORRIS, and Defendants, ONLY HEARTS, LTD., a New York corporation, d/b/a ONLY HEARTS, and JONATHAN STUART, an individual, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

    Dated: This 30th day of January, 2025.

By: /S/ B. Bradley Weitz            By: /S/ John W. Egan
   B. Bradley Weitz, Esq.             John W. Egan, Esq.
   The Weitz Law Firm, P.A.           Seyfarth Shaw LLP
   Bank of America Building           620 Eighth Avenue
   18305 Biscayne Blvd., Suite 214    New York, NY 10018-1405
   Aventura, Florida 33160            Telephone: (212) 218-5500
   Telephone: (305) 949-7777          Facsimile: (212) 218-5526
   Facsimile: (305) 704-3877          Email: JEgan@seyfarth.com
   Email: bbw@weitzfirm.com           *Attorneys for Defendants*
   *Attorneys for Plaintiff*