**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NAMEL NORRIS,

       Plaintiff,

vs.                                       CASE NO: 1:24-cv-03014-JLR-HJR

ONLY HEARTS, LTD., a New York
corporation, d/b/a ONLY HEARTS, and
JONATHAN STUART, an individual,

       Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, ONLY HEARTS, LTD., a New York corporation, d/b/a ONLY HEARTS, and JONATHAN STUART, an individual, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

      Dated: This 28th day of February, 2025.

By: _____     By*:*   */s/ John Egan*_____
    B. Bradley Weitz, Esq.                  John William Egan, Esq.
    The Weitz Law Firm, P.A.             Seyfarth Shaw LLP (NYC)
    18305 Biscayne Blvd., Suite 214      620 Eighth Avenue
    Aventura, FL 33160                  New York, NY 10018-1405
    Telephone: (305) 949-7777           Telephone: (212) 218-5500
    Facsimile: (305) 704-3877            Fax: (212) 218-5526
    Email: bbw@weitzfirm.com           Email: JEgan@seyfarth.com
    *Attorney for Plaintiff*                 *Attorney for Defendants*

**SO ORDERED:**

_____
Jennifer L. Rochon, U.S.D.J.

Dated: _____