**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,

          Plaintiff,

vs.                                   CASE NO: 1:24-cv-03014-JLR-HJR

ONLY HEARTS, LTD., a New York
corporation, d/b/a ONLY HEARTS, and
JONATHAN STUART, an individual,

          Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

      COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, ONLY HEARTS, LTD., a New York corporation, d/b/a ONLY HEARTS, and JONATHAN STUART, an individual, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

      Dated: This 28th day of February, 2025.

By: _____

    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorney for Plaintiff*

By*:*   */s/ John Egan*_____

    John William Egan, Esq.
    Seyfarth Shaw LLP (NYC)
    620 Eighth Avenue
    New York, NY 10018-1405
    Telephone: (212) 218-5500
    Fax: (212) 218-5526
    Email: JEgan@seyfarth.com
    *Attorney for Defendants*

**SO ORDERED:**

_____
Jennifer L. Rochon, U.S.D.J.

Dated:  March 3, 2025_____